UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 13, 2015

MEMO TO COUNSEL RE: Michelle Batista-Olivieri, et al. v. Harcart Health Holdings, LLC, et al.
Civil No. JFM-15-321

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for conditional certification of a collective action.

Plaintiff's motion (document 18) is granted to the extent that plaintiffs seek certification as to the "Half-time Claim," the "Charting Claim," and the "Huddles Claim." Of course, if grounds are subsequently established for expanding the class certification, I will entertain a motion to that effect.

I understand that plaintiffs agree to the limitations of the certification I have ordered. I am not clear, however, whether you agree as to the form of the order that should be entered and proposed notice. Please confer with one another and report to me on or before May 27, 2015 as to whether you agree upon the wording of the proposed order and notification and, if not, the issues as to which you are in dispute.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAY 13  AM 11:47
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY